

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM E. BRADFORD | CIVIL ACTION NO. 05-0414-A |
| VS. | SECTION P |
| MAJOR JIMMY CHEVALIER | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 16th day of September, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE